UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:23-cv-00103-AEP

EMILY EDWARDS,

    Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Defendant THE STANDARD FIRE INSURANCE COMPANY ("Standard Fire"), by and through its undersigned counsel, and hereby files and serves this Notice of Settlement. Pursuant to United States District Court for the Middle District of Florida Local Rule 3.09, Defendant hereby notifies the Court that the parties have reached an agreement for compromised settlement of all claims in the above-referenced matter. The parties are now working to fulfill the terms of the agreement and will file a joint stipulation of dismissal with prejudice upon completion or performance of preceding terms of their agreement.

Respectfully submitted this 24th day of July, 2025.

LAW OFFICE OF JACK D. EVANS

/s/ JOHN JANOUSEK, ESQ.
_____
John Janousek, Esquire
Fla. Bar No. 98599
2420 Lakemont Avenue, Suite 125

1

Orlando, Florida 32814
Telephone:  (407) 388-2916
Facsimile:   (855) 203-0311
Attorney for Defendant
JJanouse@travelers.com
JDeorlan@travelers.com
CLatshaw@travelers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF system on this 24th day of July, 2025, which shall serve a copy of the foregoing to all counsel of record.

LAW OFFICE OF JACK D. EVANS

/s/ JOHN JANOUSEK, ESQ.
_____
John Janousek, Esquire
Fla. Bar No. 98599
2420 Lakemont Avenue, Suite 125
Orlando, Florida 32814
Telephone:  (407) 388-2916
Facsimile:   (855) 203-0311
Attorney for Defendant
JJanouse@travelers.com
JDeorlan@travelers.com
 CLatshaw@travelers.com