# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EMILY EDWARDS,

    Plaintiff,

v.                                              Case No. 8:23-cv-00103-AEP

THE STANDARD FIRE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Counsel has notified the Court that the parties have reached an agreement on the terms of settlement in this case (Doc. 49). Accordingly, pursuant to Local Rule 3.09(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to reopen the case for entry of a stipulated final order or judgment or for further proceedings.

DONE AND ORDERED in Tampa, Florida, on this 29th day of July 2025.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record